UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

97 DEC 19 PM 1:49

NORBERT H. EBEL
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 8:97-CR-199 |
| ) | |
| GIORGIO MANCINNI, ) | |
| ) | SEALED ORDER |
| Defendant. ) | |
| _____ ) | |

Upon motion of the defendant, with no objection by the United States, and for good cause shown, the Court having considered the same does hereby **GRANT** defendant's motion to continue the date of his initial appearance.

The delay attributable to the changed trial date shall be excludable from the computations of time pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161. The continuance is at the request of the defendant; the interests of justice are best served by the delay so that the defendant can communicate effectively with counsel and settle the outstanding matters described in defendant's motion and other, related matters now being discussed between the parties in support of a potential Rule 20 disposition, and those interests outweigh the interests of the public in a speedy trial under the particular facts of this this case.

Defendant's initial appearance before this Court is **ORDERED** to be calendared for the 2nd day of February, 1998 at 10:00 AM.

DATED: December 19, 1997

HON. THOMAS D. THALKEN
United States Magistrate Judge

**SEALED**
Provide Copies To:
___ U.S. Attorney Only
___ Federal Public Defender
___ Moving Counsel Only
___ All Counsel of Record
___ U.S. Probation
___ U.S. Marshal
___ U.S. Pretrial Services

copies mailed 12/19/97

Distribution <u>under</u> <u>seal</u> to:

Frederick D. Franklin, Esq.
Assistant U.S. Attorney

Steven J. Riggs, Esq.
Assistant Federal Defender

Pretrial Services Office

U.S. Marshal Service

