**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
98 FEB -2  AM 9: 47
GARY D. McFARLAND
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 8:97CR199 |
| vs. | ) ORDER |
| GIORGIO MANCINNI, | ) **SEALED** |
| Defendant. | ) |

This matter is before the court on defendant's motion to continue his arraignment in the District of Nebraska for thirty days (Filing No.: _____ - Sealed). The defendant was released on conditions on December 1, 1997 following his arrest in the Southern District of Indiana with a condition, *inter alia*, that he report to the District of Nebraska when ordered (Filing No. 3 - Sealed). The arraignment is presently scheduled for February 2, 1998 at 10:00 a.m. (Filing No. 6 - Sealed). The government opposes the motion. The court held a telephone conference with counsel on January 30, 1998. Participating in the conference were Assistant U.S. Attorney Frederick D. Franklin for the United States, and Steven J. Riggs, Assistant Federal Defender, Indiana Federal Community Defenders, for the defendant.

Based upon the arguments and presentations by counsel, the motion will be granted in part and denied in part. The defendant shall report to the District of Nebraska for arraignment **on February 9, 1998, at 9:00 a.m.** in the Magistrate Judge East Courtroom, 8th Floor, 215 North 17th Street, Omaha, Nebraska. This order shall be sealed.

**IT IS SO ORDERED.**

DATED this 2nd day of February, 1998.

BY THE COURT:

_____
THOMAS D. THALKEN
United States Magistrate Judge



