IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

98 FEB -9 AM 11:43

GARY D. McFARLAND
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:97CR199-1 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GIORGIO MANCINNI, | ) | |
| | ) | **SEALED** |
| Defendant. | ) | |

This matter is before the court on government's motion to continue the scheduled arraignment in this matter pending a Rule 20 transfer to Indianapolis, Indiana (Filing No. 9 ). The motion is granted and the arraignment in this matter is continued *sine die*. If this matter is not transferred to the Southern District of Indiana pursuant to Fed. R. Crim P. 20 **on or before March 25, 1998**, the attorney for the government is ordered to bring this matter to the attention of the court for the purpose of setting of an arraignment date in this district. The time between this order and March 25, 1998, shall be deemed excludable time under the Speedy Trial Act. 18 U.S.C. §3161(h)(1)(G). This order shall be sealed.

**IT IS SO ORDERED.**

DATED this _____9th_____ day of February, 1998.

BY THE COURT:

THOMAS D. THALKEN
United States Magistrate Judge

**SEALED**
Provide Copies To:
✓ U.S. Attorney Only
✓ Federal Public Defender
___ Moving Counsel Only
___ All Counsel of Record
___ U.S. Probation
✓ U.S. Marshal
✓ U.S. Pretrial Services
✓ Steven J. Riggs, AFD, Indianapolis

Copies mailed 2/9/98