**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
98 JUL -2 PM 2:28
GARY D. McFARLAND
CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | 8:97CR199-1 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **GIORGIO MANCINNI,** ) | **SEALED** |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion for an extension of time by defendant Giorgio Mancinni (Filing No. 17). Defendant seeks an extension of time of thirty (30) days in which to file pretrial motions pursuant to paragraph 3 of the progression order (Filing No. 16). Defendant has filed an affidavit in accordance with paragraph 9 of the progression order whereby defendant consents to the motion and acknowledges that he understands that the additional time may be excludable time for the purposes of the Speedy Trial Act. Defense counsel represents to the court that counsel for the government has no objection to the extension. Upon consideration, the motion will be granted as set forth below.

**IT IS ORDERED:**

Defendant Mancinni's motion for an extension of time (Filing No. 17) is granted. Defendant Mancinni is given until **on or before August 17, 1998,** in which to file pretrial motions pursuant to the progression order (Filing No. 16). The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial, and the additional **time** arising as a result of the granting of the motion, i.e., the time between **July 2, 1998 and August 17, 1998**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case taking into consideration due diligence of counsel and the novelty and complexity of this case, and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this _2nd_ day of July, 1998.

BY THE COURT:

_____
THOMAS D. THALKEN
United States Magistrate Judge

**SEALED**
Provide Copies To:
✓ U.S. Attorney
✓ Federal Public Defender
___ Moving Counsel Only
___ All Counsel of Record
___ U.S. Probation
___ U.S. Marshal
___ U.S. Pretrial Services