IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

98 AUG 21  AM 10: 50

GARY D. McFARLAND
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:97CR199-1 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GIORGIO MANCINNI, | ) | **SEALED** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to compel discovery (Filing No. 16) with request for oral argument and evidentiary hearing. The request for hearing will be granted.

**IT IS ORDERED:**

1. Defendant's request for hearing (Filing No. 19 - Part 2) is granted.

2. Defendant's motion to suppress evidence (Filing No. 19 - Part 1) is scheduled for hearing before the undersigned magistrate judge at **1:30 p.m. on September 9, 1998** in the Magistrate Judge East Courtroom, 8th Floor, Zorinsky Federal Building, 215 North 17th Street, Omaha, Nebraska.

3. This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 21st day of August, 1998.

BY THE COURT:

THOMAS D. THALKEN
United States Magistrate Judge

SEALED

Franken
Stickman

copies mailed 8/21/98

✓ normal distribution for orders