FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

98 SEP 15 PM 3: 24

GARY D. McFARLAND
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:97CR199-1 |
| | ) | (Sealed) |
| vs. | ) | |
| GIORGIO MANCINI, | ) | ORDER |
| Defendant. | ) | |

**SEALED**

This matter is before the court on the motion to compel discovery (Filing No.19). The court held a hearing on the motion on September 9, 1998. For the reasons stated on the record, the motion will be granted as set forth below.

**IT IS ORDERED:**

1. **On or before September 30, 1998**, the government shall provide to the undersigned magistrate judge, *in camera*, a complete copy of the Memorandum of Agreement or other such agreement the defendant signed to enter the Witness Protection Program together with a redacted copy of such agreement if the government asserts that only a redacted copy should be made available to the defendant. The government shall provide reasons why it believes that any redactions are necessary. The court will then decide whether a redacted or unredacted copy should be made available to the defendant.

2. **On or before September 30, 1998**, the government shall provide to the defendant a summary or extract of payments made to the defendant while on the Witness Protection Program showing total amounts by category.

3. In order to protect the above information in accordance with 18 U.S.C. § 3521, et seq., the following shall apply:

   a. The Memorandum of Agreement and the summary/extract of payments shall be kept in strict confidence and used exclusively in connection with this litigation.

   b. If any party intends to file any motion, opposition, reply or any other filing prior to trial and attach thereto or set forth any information in the Memorandum of Agreement, it shall be filed or submitted under seal.

   c. Any person having access to the information subject to this Order shall be informed that it is confidential and subject to a protective order of the Court and no person having access to the information subject to this Order shall make public disclosure of such information without further order of the Court.

   d. All documents and copies of documents subject to this Order shall be destroyed or returned to the U.S. Marshal's Service within sixty (60) days of the conclusion of all trial and appellate proceedings in this case.

DATED this 15th day of September, 1998.

BY THE COURT:

THOMAS D. THALKEN
United States Magistrate Judge

SEALED

Facsimile Copies To:
✓ U.S. Attorney Only
✓ Federal Public Defender
___ Moving Counsel Only
___ All Counsel of Record
___ U.S. Probation
✓ U.S. Marshal
___ U.S. Pretrial Services

copies mailed 9/15/98