IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

98 OCT -8 AM 11: 10

GARY D. McFARLAND
CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:97CR199-1 |
| Plaintiff, | ) | (Sealed) |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GIORGIO MANCINNI, | ) | |
| | ) | |
| Defendant. | ) | |

**SEALED**

This matter is before the court following receipt of the Memorandum of Agreement and a summary of payments as they pertain to the defendant and the Witness Protection Program as directed by the court in the order of September 15, 1998. The court has also received a suggested redacted copy of each of the items. The court has reviewed the originals and, except for some dates, names, and identification numbers, the redactions suggested by the government are appropriate. Accordingly, the government shall forthwith provide the defendant with a redacted copy of the Memorandum of Agreement and summary of payments. The originals submitted to the court are ordered sealed as is this order.

**IT IS SO ORDERED.**

DATED this ___8th___ day of October, 1998.

BY THE COURT:

_____
THOMAS D. THALKEN
United States Magistrate Judge

**SEALED**
Provide Copies To:
✓ U.S. Attorney Only
✓ Federal Public Defender
___ Moving Counsel Only
___ All Counsel of Record
___ U.S. Probation
✓ U.S. Marshal
___ U.S. Pretrial Services

