SEALED

Provide Copies To:
✓ U.S. Attorney
✓ Federal Public Defender
___ Moving Counsel Only
___ All Counsel of Record
___ U.S. Probation
✓ U.S. Marshal
___ U.S. Pretrial Services

FILED
DISTRICT OF NEBRASKA
AT _____ M
OCT 19 1998
Gary L. McFarland, Clerk
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:97CR199 |
| vs. | ) | |
| JOHN DOE, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's Unopposed Motion to Continue Trial (Filing No. 29).

IT IS ORDERED that the motion to continue trial is granted and trial of this matter is continued to the December, 1998, jury term with trial to commence on such date during said term as is hereafter fixed by the Court.

IT IS FURTHER ORDERED that the period between October 16, 1998, and the next scheduled trial date is excluded from calculations under the Speedy Trial Act, the Court finding that the ends of justice served by such exclusion outweigh the best interests of the public and the defendant in a speedy trial.

Dated this 16th day of October, 1998.

BY THE COURT:

WILLIAM G. CAMBRIDGE, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

