**SEALED**

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 8:97CR199 |
| v. | ) ) | |
| JOHN DOE, | ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on defendant's unopposed motion to continue trial (Filing No. 34). The Court notes plaintiff has no objection to the continuance. Accordingly,

IT IS ORDERED that defendant's motion to continue trial is granted. Trial of this matter is scheduled for **Tuesday, February 16, 1999, at 9 a.m.** The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, the time between November 30, 1998, and February 16, 1999, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 24th day of November, 1998.

BY THE COURT:

/s/ Lyle E. Strom
LYLE E. STROM, Senior Judge
United States District Court