**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

99 JAN -7 AM 8: 55

GARY D. McFARLAND
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF CASES           )
SET FOR TRIAL BEFORE THE         )     TRIAL ORDER
HONORABLE WILLIAM G. CAMBRIDGE   )

8:97CR199

In order to provide the parties to litigation with an ability to plan more specifically for trial and to assure the court that litigants will be prepared and available for trial when called, all civil cases set before the Honorable William G. Cambridge for trial will be assigned a specific month and week of trial. The civil cases set for trial in February, March and April 1999 are listed on the attachment.

For the first month, the criminal cases which are set for trial are also listed on the attachment. The criminal cases will be called for trial first, in the order in which they are listed. If a criminal case listed for trial in a specific week is not reached, it will be called for trial in the next week. No criminal cases not on the list will be called for trial during the first month without a showing of exceptional circumstances. Criminal cases scheduled for subsequent months will be added on a monthly basis, and the trial list will be updated.

Provided that the criminal cases called for trial are disposed of, then the civil cases listed for the week specified will be called in the order in which they are listed. If a civil case is not tried during the week in which it is listed, a new scheduling order will be entered setting that case for trial. Counsel are to keep themselves advised of the progress toward settlement of the other cases listed above their case on the attached list.

Questions about the trial list attached to this order should be addressed to Magistrate Judge Kathleen Jaudzemis. Any correspondence with respect to the trial list should be copied to all counsel of record. Any telephone communication must be by conference call with all counsel of record.

**IT IS ORDERED**:

1. The civil and criminal cases listed on the attachment are set for trial before the Honorable William G. Cambridge, Chief Judge, United States District Court, at Omaha, Nebraska commencing February 1, 1999 at 9:00 a.m., unless otherwise noted.

2. The cases are listed for a specific week of trial and in the order in which they are expected to be called. All of the criminal cases for a given week will be called to trial first. If the criminal cases are disposed of by trial or otherwise, then the civil cases listed for the specified week will be called in the order given. Counsel are to keep themselves advised as to the status of the other cases listed ahead of their case and are to be prepared for trial during the week specified.

Copies mailed on  JAN - 7 1999

3. Other than telephone notice as to the specific day and hour when the trial is to commence, no further notice of trial setting will be given.

4. Notification of settlements and requests for changes of trial dates shall be made to Magistrate Judge Kathleen A. Jaudzemis. Requests are to be made only after consultation with counsel for all other parties of record.

5. Trial briefs shall be submitted to Judge Cambridge and served on all opposing parties three working days before the first day of the week scheduled for trial.

6. If a hearing, evidentiary or otherwise, may have to be held outside the presence or hearing of the jury in connection with a case, counsel must immediately inform Judge Cambridge.

7. In all jury trials, proposed instructions shall be delivered to Judge Cambridge and served on all opposing parties on or before the first day of trial.

8. In all non-jury cases, proposed findings of fact and conclusions of law shall be delivered to Judge Cambridge and served on all opposing parties on or before three working days before the first day of the week scheduled for trial. Such proposed findings of fact should be sufficiently detailed that, if adopted by the Court, they would form an adequate factual basis, supported by anticipated evidence, for a resolution of the case and support of a judgment.

9. Exhibits shall, pursuant to NELR 16.2(a)(1), be marked, inspected and listed prior to trial. Pursuant to NELR 39.3, exhibits received in evidence at the final pretrial conference shall be delivered to the courtroom deputy clerk before the commencement of trial, together with the exhibit list required by NELR 16.2(a)(1).

**DATED** this 7th day of January, 1999.

BY THE COURT:

*/s/ Kathleen A. Jaudzemis*
KATHLEEN A. JAUDZEMIS
United States Magistrate Judge

# FEBRUARY 1999 TRIAL LIST

## February 1-12, 1999

Alegent Health v. Otto, 8:96CV383 (Brownrigg/Domina) (J)
U.S.A. v. $13,000 Currency, 8:98CV55 (Svoboda/Sutera) (NJ)

## February 16-March 5, 1999

U.S. v. Jones, 8:98CR191 (Heavican/Thomas) (J)
U.S. v. John Doe, 8:97CR199 (Franklin/Stickman) (J)
U.S. v. Payne, 8:98CR53 (Norris/Thomas) (J)
U.S. v. Cerveny, 8:98CR119 (Norris/Gryva) (J)
U.S. v. Davis, 8:98CR228 (Norris/Dornan) (J)
U.S. v. Larkin, 8:98CR234 (Norris/Thomas) (J)
U.S. v. Lopez-Ayala, 8:98CR21 (Svoboda/Buckley) (J)
U.S. v. Bokelman, 8:98CR144 (Svoboda/Stickman) (J)

## March 8-12, 1999

Au v. City of Valley, 8:97CV378 (Ryberg/Tjaden) (J)
Sullivan v. BCBS, 8:97CV419 (Boler/Fickey/Thomas) (J)

## March 15-19, 1999

Cramer v. UNUM Life Ins., 8:98CV51 (Watson/Devin/Aranza) (NJ)
Cox v. ConAgra, 8:97CV75 (Cox, pro se/Miller) (J)

## March 22-26, 1999

Widoe v. Otoe County, 8:96CV291 (Hoarty/Hoch/Douglas) (J)
ABC Electrical, Inc. v. Nebraska Beef Ltd., 8:97CV3230 (Hecker/Houghton/Andres/Salerno) (J)

## March 29-April 2, 1999

Reserved for criminal cases.

## April 5-9, 1999

Jasa v. Millard Public Schools, 8:98CV491 (Hillman/Miller) (NJ)
   (specially set for oral argument April 6 at 9:00 a.m.)
U.S. v. Currency, 8:98CV436 (Svoboda/Dornan) (J)
U.S. v. Currency, 8:98CV430 (Svoboda/Gallup) (NJ)

1

**April 12-16, 1999**

Keim v. Smartpay Processing, 8:97CV618 (Howell/Peterson/Nelsen) (J)
Young v. Kellogg Co., 8:98CV221 (Calkins/Hoyme) (J)

**April 19-23, 1999**

Clair v. Creighton-St. Joseph, 8:98CV30 (Huber/Oakes) (J)
Travelodge Hotels v. Kim, 8:97CV560 (Culhane/Young Been Kim, pro se) (J)

**April 26-30, 1999**

Gaukel v. West Telemarketing, 8:97CV494 (Kratville/Derr) (J)
Chastain v. Medical Armor, 8:98CV244 (Vosburg/Hartmann) (NJ)